GRAZELDA GREAVES and Others, Respondents, v. JUSTINA HUSBAND, Appel-

lant.— Judgment affirmed, with costs. The 10th finding of fact, as proposed by defendant and found by the trial justice, is reversed as being against the weight of evidence. No opinion. Kelly, P. J., Rich and Jaycox, JJ., concur; Kelby, J., dissents; Kapper, J., not voting.